

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00356-CV

| | | |
|---|---|---|
| Putz Farms, A Joint Venture; Dr. Herbert R. Putz; and Signe Putz | § | From the 362nd District Court |
| | § | of Denton County (2009-40347-362) |
| v. | § | |
| | § | March 12, 2015 |
| Crop Production Services, Inc. | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Crop Production Services, Inc., shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
      Justice Anne Gardner